# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                               Crim. No. 5:10-CR-95-1H

KEITH STEWARD

On Monday, June 25, 2007, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/ Jeffrey L. Keller                                        /s/ Michael C. Brittain
Jeffrey L. Keller                                               Michael C. Brittain
Supervising U.S. Probation Officer                   Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of August, 2011.

Malcolm J. Howard
Senior U.S. District Judge